UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA CRUZ,

                              NO. CIV. S-08-2663 LKK/DAD

    Plaintiff,

  v.

                                  O R D E R

SCHURMAN FINE PAPERS, INC.,
dba PAPYRUS,

    Defendants.

_____/

    A status conference was held in chambers on February 17, 2009. After hearing, the court orders as follows:

    1.   A further status conference is set for April 27, 2009 at 3:30 p.m.

    IT IS SO ORDERED.

    DATED: February 19, 2009.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1