ALDEN KNISBACHER, SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
415-522-5200
facsimile: 415-522-5201

Attorney for Plaintiff
SANDRA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SANDRA CRUZ,

    Plaintiff,

vs.

SCHURMAN FINE PAPERS, INC.

    Defendants

CASE No. 2:08-CV-02663-LKK-DAD

STIPULATION AND ORDER STAYING THIS MATTER UNTIL THE CONCLUSION OF TRIAL IN PLAINTIFF'S CASE FIILED IN SOLANO COUNTY SUPERIOR COURT

WHEREAS:

    1.    On May 6, 2008, plaintiff filed a complaint against Defendant in State Court, Solano County Superior Court Case No. FCS031367 (the "State Court Case").

    2.    On November 4, 2008, plaintiff filed a complaint against Defendant in this Court (the "Federal Case").

STIPULATION STAYING CASE

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

3. On or about March 3, 2009, Defendant filed in the Federal Case a "Motion To Dismiss Complaint Or Stay Proceedings Under Colorado River Doctrine".

WHEREAS, these parties, by and through their counsel of record, hereby consent to, and stipulate as follows:

The parties stipulate to a stay of the Federal Case until final resolution of the State Court Case, through and including any appeal(s) in the State Court Case.

IT IS SO STIPULATED.

Dated: March 26, 2009          KNISBACHER LAW OFFICES

                    By:    ____/s/_____
                           Alden Knisbacher
                           Attorney for Plaintiff
                           SANDRA CRUZ

Dated: March 26, 2009          LONG & LEVIT

                    By:    ____/s/_____
                           David Borovsky
                           Attorneys for Defendant
                           SCHURMAN FINE PAPERS, INC.

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that this matter is stayed until final resolution of the action pending in Solano County Superior Court Case No.

STIPULATION STAYING CASE

PDF created with pdfFactory trial version www.pdffactory.com

FCS031367, through and including any appeal(s) in that action, and the parties are directed to notify the court, in writing, upon completion of the State Court case.

Dated: March 27, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION STAYING CASE

PDF created with pdfFactory trial version www.pdffactory.com