ALDEN KNISBACHER, SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
415-522-5200
facsimile:  415-522-5201

Attorney for Plaintiff
SANDRA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA CRUZ, <br><br>     Plaintiff, <br><br> vs. <br><br> SCHURMAN FINE PAPERS, INC. <br><br>     Defendants | CASE No. 2:08-CV-02663-LKK-DAD <br><br> STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY |

The parties hereby stipulate to dismiss this action in its entirety with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1), each party to bear their own fees and costs.

IT IS SO STIPULATED.

Dated:   March 29, 2010                                       KNISBACHER LAW OFFICES

                                                        By:        /s/
                                                               Alden Knisbacher
                                                               Attorney for Plaintiff
                                                               SANDRA CRUZ

STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY

PDF created with pdfFactory trial version www.pdffactory.com

Dated:     March 12, 2010                           LONG & LEVIT, LLP

By:     _____/s/_____
David Borovsky
Attorneys for Defendant
SCHURMAN FINE PAPERS, INC.

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1), each party to bear their own fees and costs.

Dated:  March 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY

Page 2

PDF created with pdfFactory trial version www.pdffactory.com